1
2
3
4
5          **UNITED STATES DISTRICT COURT**
6              **DISTRICT OF NEVADA**
7
8    MONTRAIL D. SMITH,
9          Petitioner,                      2:15-cv-00487-KJD-VCF
10   vs.
                                             **ORDER**
11   RENEE BAKER, *et al.*,
12         Respondents.
13   _____/
14
15         This action is a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, by
16   Montrail D. Smith, a Nevada prisoner.
17         Smith initiated the case by filing a motion requesting permission to file his petition with
18   more than three claims (ECF No. 1); a request for leave to proceed *in forma pauperis* (ECF No. 2),
19   a motion for appointment of counsel (ECF No. 3), and another motion for appointment of counsel
20   with a request for an evidentiary hearing (ECF No. 4).
21         The court denied the request for leave to proceed *in forma pauperis*, and required Smith to
22   pay the $5.00 filing fee (ECF No. 5).  Smith paid the filing fee.  (ECF Nos. 6, 7).
23         There is no rule limiting federal habeas corpus petitions to three claims; therefore, Smith's
24   motion requesting permission to file his petition with more than three claims (ECF No. 1) is
25   unnecessary, and it will be denied on that ground.  Smith may file his habeas corpus petition.
26

In light of the severity of the crime for which Smith was convicted, and the prison sentence that Smith is serving (two consecutive sentences of 20 years to life), and considering the information provided with his request to proceed *in forma pauperis* and in his motion for appointment of counsel, the court will grant Smith's motion for appointment of counsel (ECF No. 3).  The court will deny Smith's motion for an evidentiary hearing (ECF No. 4), without prejudice.

Therefore, the Federal Public Defender for the District of Nevada (FPD) will be appointed to represent Smith in this case.  If the FPD is unable to represent Smith, due to a conflict of interest or other reason, then alternate counsel will be located and appointed.  In either case, counsel will represent petitioner in all future federal proceedings relating to this matter, unless allowed to withdraw.

**IT IS THEREFORE ORDERED** that petitioner's motion for permission to file his petition with more than three claims (ECF No. 1) is **DENIED**, as it is unnecessary.  The court will direct the clerk of the court to separately file petitioner's habeas petition.

**IT IS FURTHER ORDERED** that the clerk of the court shall separately file petitioner's petition for writ of habeas corpus, which is currently attached to is request for leave to proceed *in forma pauperis* (ECF No. 2).

**IT IS FURTHER ORDERED** that petitioner's motion for evidentiary hearing (ECF No. 4) is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that petitioner's motion for appointment of counsel (ECF No. 3) is **GRANTED**.  The Federal Public Defender for the District of Nevada (FPD) is appointed to represent petitioner.

**IT IS FURTHER ORDERED** that the clerk of the court shall electronically serve on the FPD a copy of this order, together with a copy of the petition for writ of habeas corpus.  The FPD shall have **30 days** from the date of entry of this order to file a notice of appearance, or to indicate to the court its inability to represent the petitioner in these proceedings.

1        **IT IS FURTHER ORDERED** that the clerk of the court shall electronically serve a copy of

2    this order, together with a copy of the petition for writ of habeas corpus, on the respondents.

3    Counsel shall appear on behalf of the respondents within **30 days** of the entry of this order.

4    Respondents need take no further action in this case until otherwise ordered.

5        **IT IS FURTHER ORDERED** that, after counsel has appeared for petitioner, and for

6    respondents, the court will issue a scheduling order, which will, among other things, set a deadline

7    for the filing of a first amended petition for writ of habeas corpus.

8

9        Dated this __26__ day of May, 2015.

10

11                                                                    _____

12                                                                    UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26