UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MONTRAIL D. SMITH,

    Petitioner,                                  2:15-cv-00487-KJD-VCF

vs.

                                                **ORDER**

RENEE BAKER, *et al.*,

    Respondents.

_____/

This action is a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, by Montrail D. Smith, a Nevada prisoner. The court appointed counsel for Smith, and his counsel appeared for him on June 25, 2015 (ECF No. 12). Respondents have also appeared in the case (ECF No. 11).

In this order, the court sets a schedule for further proceedings in this action.

**IT IS THEREFORE ORDERED** that, petitioner shall have **90 days** from the entry of this order to file a first amended petition for writ of habeas corpus, if necessary. If petitioner elects not to file a first amended petition, he shall file a notice, within that 90-day period, stating that he will not file a first amended petition.

**IT IS FURTHER ORDERED** that, after petitioner files a first amended petition, respondents shall have **60 days** from the date on which the first amended petition is filed and served to file an answer or other response to the first amended petition. If petitioner elects not to file a first

amended petition, respondents shall have 60 days from the date on which petitioner files and serves a notice of his election in that regard in which to file an answer or other response to petitioner's original petition (ECF No. 10). Respondents shall, in their initial responsive pleading, whether it is a motion or an answer, raise all potential procedural defenses, including the statute of limitations, failure to exhaust state-court remedies, and procedural default.

**IT IS FURTHER ORDERED** that, if respondents file an answer, petitioner shall have 45 days from the date on which the answer is filed and served to file a reply.

**IT IS FURTHER ORDERED** that, if respondents file a motion to dismiss, petitioner shall have 30 days after the motion is filed and served to respond to the motion to dismiss, and respondents shall, thereafter, have 20 days to file a reply in support of the motion.

Dated this   30   day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE