**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MONTRAIL D. SMITH,

 Petitioner,            2:15-cv-00487-KJD-VCF

vs.

                   **ORDER**

RENEE BAKER, *et al.*,

 Respondents.

_____/

  In this habeas corpus action, the petitioner, Montrail D. Smith, was due to file a first amended habeas petition on March 28, 2016. *See* Order entered March 16, 2016 (ECF No. 20).

  On March 28, 2016, Smith filed a motion for extension of time (ECF No. 21), requesting a 14-day extension of time -- to April 11, 2016 -- to file his first amended petition. This would be the fourth extension of time for Smith to file his first amended petition; he was previously granted a 90-day extension, then a 60-day extension, and then a 31-day extension. Smith's counsel states that a fourth extension of time is necessary because she has only recently taken over responsibility for this case.

  The court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time. The court will grant the motion for extension of time, and extend to April 11, 2016, the time for Smith to file a first amended petition. The court will not look favorably upon any motion to further extend this deadline.

**IT IS THEREFORE ORDERED** that petitioner's motion for extension of time (ECF No. 21) is **GRANTED**. Petitioner shall have until and including **April 11, 2016**, to file a first amended petition for writ of habeas corpus.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered July 1, 2015 (ECF No. 13) shall remain in effect.

Dated this __29__ day of __March_____.

_____
UNITED STATES DISTRICT JUDGE