UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MONTRAIL D. SMITH,

    Petitioner,

v.

BRIAN E. WILLIAMS, SR., *et al.*,

    Respondents.

Case No. 2:15-cv-00487-KJD-VCF

**ORDER GRANTING MOTION FOR EXTENSION OF TIME
(ECF NO. 70)**

    In this habeas corpus action, the respondents were due to respond to Petitioner Montrail D. Smith's second amended petition for writ of habeas corpus by July 23, 2019. *See* Order entered April 24, 2019 (ECF No. 68).

    On July 19, 2019, Respondents filed a motion for extension of time (ECF No. 70), requesting a 59-day extension of time, to September 20, 2019, to file their response to Smith's second amended petition. Respondents' counsel states that the extension of time is necessary because of his obligations in other cases. The petitioner does not oppose the motion for extension of time.

    The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

    **IT IS THEREFORE ORDERED** that Respondents' motion for extension of time (ECF No. 70) is **GRANTED**. Respondents will have until and including **September 20, 2019**, to file their answer.

///

///

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered April 24, 2019 (ECF No. 68) will remain in effect.

DATED THIS 19 day of July, 2019.

_____
KENT J. DAWSON,
UNITED STATES DISTRICT JUDGE