# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MONTRAIL D. SMITH,

    Petitioner,

v.

BRIAN E. WILLIAMS, SR., *et al.*,

    Respondents.

Case No. 2:15-cv-00487-KJD-VCF

**ORDER GRANTING MOTION FOR LEAVE TO FILE SUPPLEMENTAL EXHIBIT (ECF NO. 88)**

In this habeas corpus action, on March 27, 2020, the petitioner, Montrail D. Smith, represented by appointed counsel, filed an opposition to the respondents' motion to dismiss (ECF No. 72 (motion); ECF No. 82 (opposition)) and supporting exhibits (ECF No 83), along with a motion for leave to conduct discovery (ECF No. 86) and a motion for evidentiary hearing (ECF No. 85). Respondents' reply in support of their motion to dismiss, and their responses to the motion for leave to conduct discovery and the motion for evidentiary hearing are currently due on April 27, 2020. *See* Order filed April 24, 2019 (ECF No. 68).

On April 9, 2020, Smith filed a motion for leave to file a supplemental exhibit in support of his opposition to the motion to dismiss (ECF No. 88). The supplemental exhibit (ECF No. 88-2) is the transcript of a hearing held on February 28, 2020, in another case in this Court (*Perez v. Neven*, 2:14-cv-2087-APG-BNW), which Smith represents is germane to issues raised by the motion to dismiss. The Court determines that there is good cause for Smith to file the supplemental exhibit. Smith's motion for leave to do so will be granted.

1

The Court will also, *sua sponte*, extend the time for Respondents to file a reply in support of their motion to dismiss, and responses to the motion for leave to conduct discovery and the motion for evidentiary hearing. The Court does so with the expectation that this will forestall any motion for extension of time for the filing of those documents.

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Leave to File Supplemental Exhibit in Support of Opposition to Second Motion to Dismiss (ECF No. 88) is **GRANTED**. The Clerk of the Court is directed to file separately the supplemental exhibit, which is located at ECF No. 88-2.

**IT IS FURTHER ORDERED** that Respondents will have until and including **May 8, 2020**, to file a reply in support of their motion to dismiss, and responses to the motion for leave to conduct discovery and the motion for evidentiary hearing.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order filed April 24, 2019 (ECF No. 68) will remain in effect.

DATED THIS 13 day of April, 2020.

_____
KENT J. DAWSON,
UNITED STATES DISTRICT JUDGE